USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARILYN FIGUEROA,

                Plaintiff,          05 Civ. 9594 (JGK)

    - against -              ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the conference held on May 28, 2009, plaintiff's counsel's motion to withdraw is **granted**. To the extent that the plaintiff has requested the return of her $10,000 retainer payment, that application is **denied**.

The plaintiff is directed to produce to the defendant all tape recordings, photographs, affidavits, and any remaining discovery by **June 5, 2009**.

This action is stayed for **thirty (30) days**. The plaintiff shall file a notice of appearance by new counsel or indicating that she will proceed pro se by **June 29, 2009**. **If the plaintiff does not file such notice by June 29, 2009, the defendant may move to dismiss her case for failure to prosecute.** The Court's Pro Se Office is available for assistance related to this case. The Pro Se Office is located at **500 Pearl Street, Room 230, New

York, New York 10007．The phone number of the Pro Se Office is (212) 805-0175.

Any amended trial submissions, including the Joint Pretrial Order, Proposed Voir Dire, and Proposed Jury Instructions, shall be submitted by **July 31, 2009**. The parties shall be ready for trial on 48 hours notice on or after **August 14, 2009**.

**SO ORDERED.**

Dated:   New York, New York
         May 28, 2009

_____
John G. Koeltl
United States District Judge